No. 180, Misc. LEGG *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION OF OMAHA. Supreme Court of California. Certiorari denied.

No. 184, Misc. HSUAN WEI *v.* ROBINSON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 269, Misc. PORET ET AL. *v.* SIGLER, WARDEN. Supreme Court of Louisiana. Certiorari denied. *G. W. Gill* and *Gerard H. Schreiber* for petitioners.

No. 270, Misc. PORET ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *G. W. Gill* and *Gerard H. Schreiber* for petitioners.

No. 147. WILSHIRE HOLDING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 815;

No. 171. BRYSON *v.* UNITED STATES, *ante,* p. 817;

No. 248. FURNISH *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA ET AL., *ante,* p. 827;

No. 272. HOBART *v.* O'BRIEN ET AL., *ante,* p. 830;

No. 19, Misc. GEORGE, GUARDIAN, ET AL. *v.* UNITED STATES, *ante,* p. 843; and

No. 80, Misc. LEWIS *v.* FLORIDA, *ante,* p. 16. Petitions for rehearing denied.

No. 342. KERN *v.* WILLIAMSON, TRUSTEE, ET AL., *ante,* p. 838. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.